UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY SMITH,

                 Petitioner,

-against-

WARDEN J. JAMISON,

                 Respondent.

24-CV-7884 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      Petitioner shall file his reply to the U.S. Attorney's response to the Petition by March 10, 2025, detailing why he believes he is eligible to apply ETC toward early prerelease custody or transfer to supervised release. Petitioner should explain how he has demonstrated a recidivism risk reduction, with supporting documentation if possible. Petitioner may file his reply before March 10, 2025, if he wishes for the Court to consider the Petition sooner than that date.

Dated: February 26, 2025
       New York, New York

                                          SO ORDERED.

                                          *Jessica Clarke*

                                          JESSICA G. L. CLARKE
                                          United States District Judge