UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY SMITH,

      Petitioner,

-against-

WARDEN J. JAMISON,

      Respondent.

24-CV-7884 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

  Petitioner shall file his reply to Respondent's Opposition by May 10, 2025. Petitioner may file his reply before May 10, 2025, if he wishes for the Court to consider the Petition sooner than that date.

Dated: April 9, 2025
    New York, New York

              SO ORDERED.

              *Jessica Clarke*
              JESSICA G. L. CLARKE
              United States District Judge