UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY SMITH,

                Petitioner,

-against-

WARDEN J. JAMISON,

                Respondent.

24-CV-7884 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      On October 6, 2025, the Court directed Respondent to confirm that Petitioner has been released from prison. On October 14, 2025, Respondent confirmed that Petitioner was released on April 17, 2025, rendering this petition for a writ of *habeas corpus* moot. *See* ECF No. 19. Respondent also clarified that the Government's response to the instant *habeas* petition was correctly filed on February 24, 2025, at ECF Nos. 13 and 14, not on April 8, 2025, at ECF No. 17. *Id.* The April 8 response was filed erroneously. *Id.* Accordingly, the Government asks the Court to strike its April 8 response. *Id.* That application is granted.

      The Clerk of Court is respectfully directed to STRIKE the Government's April 8, 2025 response at ECF No. 17, DENY the instant *habeas* petition as moot, and CLOSE the case.

Dated: October 16, 2025
       New York, New York

                              SO ORDERED.

                              *Jessica Clarke*

                              JESSICA G. L. CLARKE
                              United States District Judge