**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
RODNEY SMITH,

                               Petitioner,                  24 **CIVIL** 7884 (JGLC)

      -against-                                      **JUDGMENT**

WARDEN J. JAMISON,

                               Respondent.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 16, 2025, the petitioner's motion pursuant to 28 U.S.C. § 2241 is denied as moot; accordingly, the case is closed.

**DATED:** New York, New York
             October 17, 2025

                                                              **TAMMI M. HELLWIG**
                                                               **Clerk of Court**

                 **BY:**

                                                               **Deputy Clerk**